IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR N. WRIGHT,

    *Plaintiff*,

v.                                    Case No.: **4:24cv299-MW/MAF**

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections, ECF No. 9. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** to Plaintiff's refiling the action if Plaintiff simultaneously submits the $402.00 filing fee." Plaintiff's motion for *in form pauperis* status, ECF No. 4, is **DENIED**. Plaintiff's motion to extend time, ECF No. 5, is **DENIED.** The Clerk shall note on the docket that this

cause is dismissed pursuant to 28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on September 17, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
